IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCUS LEON RUSSELL                                                                        PLAINTIFF

v.                                    NO. 4:11CV00879 JLH

JOHNSON COUNTY SHERIFF'S OFFICE;
and OFFICER GEORGE SUMMERLINE                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, the Court orders the Clerk to transfer this action to the Western District of Arkansas.

IT IS SO ORDERED this 13th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE